```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 00680
   ALICIA HATCHETT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4364

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/12/2008 and was confirmed 05/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/02/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
HSBC MORTGAGE SVCS        CURRENT MORTG       .00             .00           .00
HSBC MORTGAGE SVCS        MORTGAGE ARRE    2395.76            .00         48.41
AMERICASH LOANS LLC       UNSECURED         438.71            .00           .00
SAXON MORTGAGE SERVICES   CURRENT MORTG       .00             .00           .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE   27625.15            .00        558.16
CITIFINANCIAL AUTO CREDI  SECURED VEHIC    3656.09          54.55        417.34
AT & T                    UNSECURED       NOT FILED           .00           .00
GINNYS                    UNSECURED         284.02            .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
WFNNB CHADWICK            UNSECURED       NOT FILED           .00           .00
WFNNB/NEWPORT NEWS        UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1369.09            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         925.34            .00           .00
HSBC MORTGAGE SERVICES    NOTICE ONLY     NOT FILED           .00           .00
SAXON MORTGAGE SERVICES   NOTICE ONLY     NOT FILED           .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY       500.00                       500.00
TOM VAUGHN                TRUSTEE                                        137.25
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                1,715.71

PRIORITY                                         .00
SECURED                                      1,023.91
   INTEREST                                     54.55
UNSECURED                                        .00
ADMINISTRATIVE                                 500.00
TRUSTEE COMPENSATION                           137.25
DEBTOR REFUND                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00680 ALICIA HATCHETT
```

```
                              ---------------        ---------------
TOTALS                             1,715.71               1,715.71
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```